UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────X
UNITED STATES OF AMERICA,

          -against-

JASON GABRIEL,

                  Defendant.
─────────────────────────────────────X

For Online Publication Only

**ORDER**
21-CR-152 (JMA) (AYS)

FILED
CLERK
4:51 pm, Mar 08, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

      Currently pending before the Court is Defendant's suppression motion, which the Court referred to Magistrate Judge Shields for a Report and Recommendation ("R&R"). On February 9, 2023, Judge Shields issued an R&R recommending that Defendant's motion be denied.

      In reviewing a magistrate judge's report and recommendation, the court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s] [are] made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See United States v. Robinson, No. 16-CR-545, 2018 WL 1009276, at *1 (E.D.N.Y. Feb. 17, 2018).

      To date, no objections have been filed to the R&R and the deadline for filing any such objections has passed. 28 U.S.C. § 636(b)(1)(c).

I have reviewed Judge Shields' R&R for clear error, and finding none, I adopt the R&R in its entirety as the opinion of this Court. Accordingly, Defendant's motion to suppress is DENIED.

**SO ORDERED.**

Dated:  March 8, 2023
         Central Islip, New York

                                                           /s/ (JMA)
                                                JOAN M. AZRACK
                                                UNITED STATES DISTRICT JUDGE